IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| IN THE MATTER OF WARRANTS AND ORDERS FOR PEN REGISTERS AND TRAP AND TRACE DEVICES ISSUED IN AN INVESTIGATION | MAGISTRATE JUDGE NEWBERN |
|---|---|

## ORDER

Upon motion of the United States to unseal numerous warrants and orders authorizing the installation and use of pen registers and trap and trace devices issued during the course of a long-term investigation, it is ORDERED that the following matters and the documents filed in those matters are hereby UNSEALED. The Clerk's Office is DIRECTED to file this Order in each of the cases identified below.

| Case Number |
|---|
| 19-mj-2111 |
| 19-mj-4193 |
| 19-mj-2158 |
| 19-mj-4202 |
| 19-mj-2164 |
| 19-mj-4281 |
| 19-mj-4290 |
| 19-mj-2184 |
| 19-mj-2223 |
| 19-mj-2224 |
| 19-mj-2225 |
| 19-mj-2232 |
| 19-mj-2274 |
| 19-mj-2275 |
| 19-mj-2276 |
| 19-mj-2277 |
| 21-mj-2692 |
| 21-mj-2693 |
| 21-mj-2694 |
| 21-mj-2695 |

| Case Number |
| --- |
| 21-mj-2696 |
| 21-mj-2697 |
| 21-mj-2698 |
| 21-mj-2699 |
| 21-mj-2700 |
| 21-mj-2701 |
| 21-mj-2702 |
| 21-mj-2703 |
| 21-mj-2704 |
| 21-mj-2705 |
| 21-mj-2706 |
| 21-mj-2707 |
| 21-mj-2708 |
| 21-mj-2901 |
| 21-mj-2902 |
| 21-mj-2903 |

January 25, 2022
Date

_____
Hon. Alistair E. Newbern
United States Magistrate Judge
Middle District of Tennessee

2

Case 3:19-mj-02225   Document 21   Filed 01/25/22   Page 2 of 2 PageID #: 69